IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                    No. CR S-02-0287 FCD DAD P

    vs.

JOSEPH NORRIS,

        Movant.                       <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge for further proceedings.

        On June 22, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2005, are adopted in full;

2. Movant's September 23, 2004 motion pursuant to 28 U.S.C. § 2255 to correct his sentence is denied;

3. Movant's September 23, 2004 motions for furlough appearance and for release pending resentencing are denied;

4. Movant's January 7, 2005 application for leave to file a supplemental brief is denied; and

5. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-04-1982 FCD DAD.

DATED: July 29, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge