McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745
CARYN D. MARK
JAY NANAVATI
Trial Attorneys
U.S. Dept. of Justice
Tax Division
P.O. Box 972
Washington, DC 20004

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CR S-02-287-FCD |
|---|---|
| Plaintiff, | **MOTION AND ORDER FOR RELEASE OF PRESENTENCE REPORT** |
| vs. | |
| JOSEPH L. NORRIS | |
| Defendant. | |

Plaintiff, United States of America, by and through Assistant U.S. Attorney Benjamin B. Wagner, hereby moves this Court to authorize the release of the United States Probation Office's Presentence Investigation Report (hereinafter "Presentence Report") of Joseph L. Norris in this case to Caryn D. Mark and Jay Nanavati, Trial Attorneys, Department of Justice, Tax Division.  Tax Division Trial Attorneys Mark and Nanavati are the Government attorneys in United States v. Lisa Getas, D. NV, 3:06-cr-42-BES (RAM), a criminal prosecution pending in the District of Nevada, which is scheduled to commence trial on November 4, 2006.  As part of its Rule 16

1

1  obligations in that matter, the Government seeks to provide
2  the Presentence Report of Joseph L. Norris, a cooperating
3  witnesses in that case, to the U.S. District Court for the
4  District of Nevada for <u>in camera</u> review to determine whether
5  the Presentence Report constitutes <u>Brady</u> or <u>Gigilio</u> material.
6  Therefore, the Government moves this Court to authorize the
7  release to Tax Division Trial Attorneys Mark and Nanavati of
8  the Presentence Report of Joseph L. Norris so that it can be
9  submitted to the U.S. District Court in Nevada for its <u>in</u>
10 <u>camera</u> review, and for such further use in that case as that
11 Court may require.

12 Date: October 16, 2006                    Respectfully submitted,

13                                           McGREGOR W. SCOTT
                                             United States Attorney
14
                                              /s/ Benjamin Wagner
15                                       By:_____
                                             BENJAMIN B. WAGNER
16                                           Assistant U.S. Attorney

17     For the reasons set forth above, it is hereby **ORDERED** that the
18 U.S. Attorney's Office for the Eastern District of California is
19 authorized to disclose the Presentence Report of Joseph L. Norris
20 in this case to Caryn D. Mark and Jay Nanavati, Trial
21 Attorneys, U.S. Department of Justice, Tax Division, for
22 submission to the U.S. District Court for the District of Nevada,
23 and for such further use in the above referenced case pending in
24 that district as shall be ordered by such Court.
25
26 Date:October 17, 2006

27                                      /s/ Frank C. Damrell Jr.
                                        HONORABLE FRANK C. DAMRELL, Jr.
28                                      U.S. DISTRICT COURT JUDGE

                                        2