**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES OF AMERICA

    Plaintiff(s),

v.

JOSEPH L. NORRIS,

    Defendant(s).

Case No. 2:02CR00287-04

I, <u>MARC PICKER, ESQ.,</u> attorney for JOSEPH L. NORRIS, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | MARC PICKER, ESQ., LTD. |
| Physical Address: | 729 EVANS AVENUE, RENO NEVADA 89512 |
| Mailing Address: | PO BOX 3344, RENO, NEVADA 89505 |
| Voice Phone: | ( 775 ) 324-4533 |
| FAX Phone: | ( 775 ) 324-5444 |
| Internet E-mail: | mpickesq@msn.com |
| Additional E-mail: | |
| I reside in City: | Reno    State: Nevada |

    I was admitted to practice in the <u>Supreme Court of the State of Nevada, United States District Court for the District of Nevada, Ninth Circuit Court of Appeals, United States Supreme Court</u> (court) on <u>9/26/88, 10/3/88, 12/18/91, 4/26/93</u> (date).  I am presently in good standing and eligible to practice in said courts.  I am not currently suspended or disbarred in any other court.

    I have not concurrently or within the year preceding this application made

a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         MARK J. REICHEL

Firm Name:    LAW OFFICES OF MARK J. REICHEL

Address:      555 CAPITOL MALL, 6TH FLOOR, SUITE 600

City:         SACRAMENTO

State:        CA        ZIP Code:   95814

Voice Phone:  ( 916   ) 498-9258

FAX Phone:    ( 916   ) 441-6553

E-mail:       mark@reichellaw.com

Dated:   July 3, 2007           Petitioner:   /s/ Marc Picker, Esq.

**ORDER**

IT IS SO ORDERED.

Dated: July 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE