```
 1  MARC PICKER, ESQ. (SBN 3566)
    MARC PICKER, ESQ., LTD.
 2  729 Evans Avenue
    Post Office Box 3344
 3  Reno, Nevada 89505
    Telephone 775/324-4533
 4  Facsimile 775/324-5444
 5
    Attorney for Defendant
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \*

| UNITED STATES OF AMERICA, | CASE NO.: 2:02CR00287-04 |
|---|---|
| Plaintiff, | |
| | STIPULATION AND ORDER TO CONTINUE HEARING |
| vs. | |
| JOSEPH L. NORRIS | **"AS MODIFIED"** |
| Defendant. | |

Plaintiff UNITED STATES OF AMERICA, by and through its attorney, BENJAMIN B. WAGNER, ESQ., Assistant United States Attorney, Eastern District of California and Defendant JOSEPH L. NORRIS, by and through his counsel of record, MARC PICKER, ESQ., of MARC PICKER, ESQ., LTD. hereby stipulate and agree to continue Defendant's violation hearing which is currently set for Friday, September 14, 2007, be continued to Friday, October 12, 2007 at the hour of 9:00 a.m.

///

///

///

This stipulation is made in good faith and not for the purposes of delay.

DATED this 7th day September of  2007.

McGREGOR W. SCOTT  
UNITED STATES ATTORNEY                          MARC PICKER, ESQ., LTD.

/s/ Benjamin B. Wagner                           /s/ Marc Picker  
BENJAMIN B. WAGNER, ESQ.                         MARC PICKER, ESQ.  
ASSISTANT UNITED STATES ATTORNEY                 Attorney for Defendant

**ORDER**

Although the foregoing stipulation does not specify the reason for the delay, the Court shall reset the matter in light of the court's recent continuance of the hearing. However, the date of October 12, selected by the parties is not available with the court and therefore RESETS the evidentiary hearing on the TSR violation for Friday, October 19, 2007 at 9:00 a.m.

IT IS SO ORDERED.

DATED: September 11, 2007

_____  
FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE